## CAROL O. PURTILL *v.* JAMES W. PURTILL
### (13843)

Heiman, Schaller and Hennessy, Js.

Argued September 24—officially released October 15, 1996

Per Curiam. The judgment is affirmed.

## PEDRO LUIS TOSADO *v.* R. DOUGLAS RAMSEY ET AL.
### (15447)

Landau, Schaller and Healey, Js.

Argued September 26—officially released October 22, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* PATRICIA MACKAY-LANDIN
### (13489)

Dupont, C. J., and Landau and Daly, Js.

Argued September 27—officially released October 22, 1996

Per Curiam. The judgment is affirmed.